# Supplement B, U Nonimmigrant Status Certification

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS Form I-918**
OMB No. 1615-0104
Expires 06/30/2023

| For USCIS Use Only | Remarks |
|---|---|
| | |

▶ **START HERE - Type or print in black or blue ink.**

## Part 1. Victim Information

1. Alien Registration Number (A-Number) (if any) ▶ A- 0 9 7 3 9 9 6 0 0

2.a. Family Name (Last Name): ASENCIO
2.b. Given Name (First Name): CESAR
2.c. Middle Name: ENRIQUE

**Other Names Used** (Include maiden names, nicknames, and aliases, if applicable.)

If you need extra space to provide additional names, use the space provided in **Part 7. Additional Information.**

3.a. Family Name (Last Name): ACENCIO ALVAREZ
3.b. Given Name (First Name): CESAR
3.c. Middle Name: N/A

4. Date of Birth (mm/dd/yyyy): 12/25/1984

5. Gender ☒ Male ☐ Female

## Part 2. Agency Information

1. Name of Certifying Agency: BOSTON POLICE DEPARTMENT

Name of Certifying Official

2.a. Family Name (Last Name): COLON
2.b. Given Name (First Name): FELIPE
2.c. Middle Name: I

3. Title and Division/Office of Certifying Official: CHIEF, BUREAU OF INVEST. SERVICES

Name of Head of Certifying Agency

4.a. Family Name (Last Name): COX
4.b. Given Name (First Name): MICHAEL
4.c. Middle Name: A

### *Agency Address*

5.a. Street Number and Name: ONE SCHROEDER PLAZA
5.b. ☐ Apt. ☐ Ste. ☐ Flr. N/A
5.c. City or Town: BOSTON
5.d. State: MA 5.f. ZIP Code: 02120
5.g. Province: N/A
5.h. Postal Code: N/A
5.i. Country: USA

### *Other Agency Information*

6. Agency Type
☐ Federal ☐ State ☒ Local

7. Case Status
☐ On-going ☐ Completed
☒ Other INACTIVE

8. Certifying Agency Category
☐ Judge ☒ Law Enforcement ☐ Prosecutor
☐ Other

9. Case Number: 142044593

10. FBI Number or SID Number (if applicable): N/A

## Part 3. Criminal Acts

If you need extra space to complete this section, use the space provided in **Part 7. Additional Information**.

**1.** The petitioner is a victim of criminal activity involving a violation of one of the following Federal, state, or local criminal offenses (or any similar activity). (Select **all applicable** boxes)

- [ ] Abduction
- [ ] Abusive Sexual Contact
- [ ] Attempt to Commit Any of the Named Crimes
- [ ] Being Held Hostage
- [ ] Blackmail
- [ ] Conspiracy to Commit Any of the Named Crimes
- [ ] Domestic Violence
- [ ] Extortion
- [ ] False Imprisonment
- [X] Felonious Assault
- [ ] Female Genital Mutilation
- [ ] Fraud in Foreign Labor Contracting
- [ ] Incest
- [ ] Involuntary Servitude
- [ ] Kidnapping
- [ ] Manslaughter
- [ ] Murder
- [ ] Obstruction of Justice
- [ ] Peonage
- [ ] Perjury
- [ ] Prostitution
- [ ] Rape
- [ ] Sexual Assault
- [ ] Sexual Exploitation
- [ ] Slave Trade
- [ ] Solicitation to Commit Any of the Named Crimes
- [ ] Stalking
- [ ] Torture
- [ ] Trafficking
- [ ] Unlawful Criminal Restraint
- [ ] Witness Tampering

Provide the dates on which the criminal activity occurred.

**2.a.** Date (mm/dd/yyyy) 09/14/2014

**2.b.** Date (mm/dd/yyyy) N/A

**2.c.** Date (mm/dd/yyyy) N/A

**2.d.** Date (mm/dd/yyyy) N/A

**3.** List the statutory citations for the criminal activity being investigated or prosecuted, or that was investigated or prosecuted.

A&B DANGEROUS WEAPON "BAT"

MGL Ch 265 Sec 15 A

**4.a.** Did the criminal activity occur in the United States (including Indian country and military installations) or the territories or possessions of the United States?

[X] Yes [ ] No

**4.b.** If you answered "Yes," where did the criminal activity occur?

Buttonwood St/Columbia Rd

Dorchester, MA

**5.a.** Did the criminal activity violate a Federal extraterritorial jurisdiction statute?

[ ] Yes [X] No

**5.b.** If you answered "Yes," provide the statutory citation providing the authority for extraterritorial jurisdiction.

N/A

**6.** Briefly describe the criminal activity being investigated and/or prosecuted and the involvement of the petitioner named in **Part 1.** Attach copies of all relevant reports and findings.

VICTIM WAS ATTACKED BY TWO BLACK MALES WITH A BASEBALL BAT. hE WAS STRUCK ON THE NECK AND MOUTH AREA AND SUSTAINED SERIOUS INJURIES TO HIS ~~JAW. THE VICTIM ALSO HAS PERSONAL PROPERTY TAKEN TO INCLUDE HIS PHONE AND CASH.~~

**7.** Provide a description of any known or documented injury to the victim. Attach copies of all relevant reports and findings.

BROKEN JAW ANS NERVE DAMAGE

## Part 4. Helpfulness Of The Victim

For the following questions, if the victim is under 16 years of age, incompetent or incapacitated, then a parent, guardian, or next friend may act on behalf of the victim.

1. Does the victim possess information concerning the criminal activity listed in **Part 3.**? ☒ Yes ☐ No

2. Has the victim been helpful, is the victim being helpful, or is the victim likely to be helpful in the investigation or prosecution of the criminal activity detailed above? ☒ Yes ☐ No

3. Since the initiation of cooperation, has the victim refused or failed to provide assistance reasonably requested in the investigation or prosecution of the criminal activity detailed above? ☐ Yes ☒ No

If you answer "Yes" to **Item Numbers 1. - 3.**, provide an explanation in the space below. If you need extra space to complete this section, use the space provided in **Part 7. Additional Information.**

VICTIM PROVIDED INITIAL INFORMATION TO POLICE VIA POLICE REPORT. VICTIM COOPERATED IN THE FOLLOW UP INVESTIGATION WITH DETECTIVES. NO SUSPECTS COULD BE INDENTIFIED AND THE CASE WAS MOVED TO INACTIVE STATUS.

[signature]
ID# 11212

4. Other. Include any additional information you would like to provide.

THE CASE IS INACTIVE DUE TO NO SUSEPCTS BEING IDENTIFIED.

## Part 5. Family Members Culpable In Criminal Activity

1. Are any of the victim's family members culpable or believed to be culpable in the criminal activity of which the petitioner is a victim? ☐ Yes ☒ No

If you answered "Yes," list the family members and their criminal involvement. (If you need extra space to complete this section, use the space provided in **Part 7. Additional Information.**)

2.a. Family Name (Last Name): N/A
2.b. Given Name (First Name): N/A
2.c. Middle Name: N/A
2.d. Relationship: N/A
2.e. Involvement: N/A

3.a. Family Name (Last Name): N/A
3.b. Given Name (First Name): N/A
3.c. Middle Name: N/A
3.d. Relationship: N/A
3.e. Involvement: N/A

4.a. Family Name (Last Name): N/A
4.b. Given Name (First Name): N/A
4.c. Middle Name: N/A
4.d. Relationship: N/A
4.e. Involvement: N/A

## Part 6. Certification

I am the head of the agency listed in **Part 2.** or I am the person in the agency who was specifically designated by the head of the agency to issue a U Nonimmigrant Status Certification on behalf of the agency. Based upon investigation of the facts, I certify, under penalty of perjury, that the individual identified in **Part 1.** is or was a victim of one or more of the crimes listed in **Part 3.** I certify that the above information is complete, true, and correct to the best of my knowledge, and that I have made and will make no promises regarding the above victim's ability to obtain a visa from U.S. Citizenship and Immigration Services (USCIS), based upon this certification. I further certify that if the victim unreasonably refuses to assist in the investigation or prosecution of the qualifying criminal activity of which he or she is a victim, I will notify USCIS.

1. Signature of Certifying Official (sign in ink): [signature]
2. Date of Signature (mm/dd/yyyy): 12/03/22
3. Daytime Telephone Number: 617-343-4497
4. Fax Number: 617-343-4727

## Part 7. Additional Information

If you need extra space to complete any item within this supplement, use the space below or attach a separate sheet of paper; type or print the agency's name, petitioner's name, and the Alien Registration Number (A-Number) (if any) at the top of each sheet; indicate the **Page Number, Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet. If you need more space than what is provided, you may also make copies of this page to complete and file with this supplement.

1. Agency Name: Boston Police Department

*Petitioner's Name*

2.a. Family Name (Last Name): ASENCIO

2.b. Given Name (First Name): CESAR

2.c. Middle Name: ENRIQUE

3. A-Number (if any) ► A- 099739600

4.a. Page Number: N/A 4.b. Part Number: N/A 4.c. Item Number: N/A

4.d. N/A

5.a. Page Number: N/A 5.b. Part Number: N/A 5.c. Item Number: N/A

5.d. N/A

6.a. Page Number: N/A 6.b. Part Number: N/A 6.c. Item Number: N/A

6.d. N/A