**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CESAR ASENCIO,
Petitioner,

v.

DAVID WESLING, *et. al*,
Respondents.

Civil Action No. 1:26-cv-13161-BEM

**RESPONDENTS' RESPONSE TO ECF No. 11**

Respondents by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, submit this response to this Court's Order to clarify the discrepancy in the statement, "Petitioner underwent withholding only proceedings and is currently appealing the Immigration Judge's denial of his applications and reinstated order of removal to Haiti. *See* Exhibits 4-5. ECF No. 10 at 11." ECF No. 11.

The sentence referenced by this Court, at ECF No. 10 at 11, should state, "As referenced *supra*, Petitioner underwent withholding only proceedings and ICE is currently appealing the Immigration Judge's grant of withholding of removal to Guatemala. *See* Exhibit 1, ¶¶ 15-20." The reference to additional Exhibits 4 and 5 was also in error, as Respondents only intended to submit ECF No. 10-1 and 10-2 with the response filed yesterday, and previously submitted ECF No. 6-1 and 6-2. Undersigned apologizes for the error in the response and will refile a corrected brief based on the above, should this Court instruct, direct, or order Respondents to do so.[1]

[1] Undersigned notes that she was assigned over 10 habeas cases last week with response deadlines within that same week, in conjunction with responses to subsequent filings in prior habeas actions

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: July 21, 2026

*/s/ Erica McMahon*
ERICA MCMAHON
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3271
Email: Erica.McMahon@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 21, 2026 By: */s/ Erica McMahon*
ERICA MCMAHON
Special Assistant United States Attorney

and scheduled leave. Nevertheless, undersigned appreciates the opportunity from the Court to correct the error in the response.