**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CESAR ASENCIO,<br><br>Petitioner,<br><br>v.<br><br>DAVID WESLING, et al.,<br><br>Respondents. | Case No. 1:26-cv-13161 |

**ASSENTED TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR A WRIT OF HABEAS CORPUS**

Petitioner Cesar Asencio respectfully moves the Court to permit him to file a reply in support of his Petition for a Writ of Habeas Corpus not later than August 4, 2026. Petitioner wishes to submit a reply to address the arguments presented by Respondents in their Response to Habeas Petition filed on February 20, 2026. Doc. No. 10. A reply may assist the Court in coming to a full and fair adjudication of the Petition. Undersigned counsel has conferred with Respondents' counsel who has assented to this Motion. For all the foregoing reasons, Petitioner Cesar Asencio respectfully requests that the Court provide him with leave to file a reply in support of his Petition up through and including August 4, 2026.

Respectfully submitted,

*/s/ Julia Ciachurski*
Julia Ciachurski
BBO# 702059
PAIR Project
98 N. Washington Street, Suite 106
Boston, MA 02114
(949) 610-3633; jciachurski@pairproject.org

Dated: July 21, 2026

*Pro Bono Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

I, Julia Ciachurski, certify that on this 21st day of July, 2026, I caused a copy of the foregoing Motion to be served on Respondents' counsel via the CM/ECF platform.

*/s/ Julia Ciachurski*
Julia Ciachurski