**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CESAR ASENCIO,

Petitioner,

v.

DAVID WESLING, *et. al*,

Respondents.

No. 1:26-cv-13161-BEM

**RESPONDENTS' STATUS REPORT**

Respondents, by and through their attorney, submit the following status report regarding Petitioner's release. Pursuant to this Court's Order, the U.S. Immigration and Customs Enforcement ("ICE") released Petitioner on the August 25, 2026. *See* ECF No. 31. ICE released Petitioner on an Order of Supervision, attached as Exhibit 1. Respondents respectfully request this Court dismiss this action as the ordered relief was provided.

Dated: August 26, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Erica McMahon*
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3271
Email: Erica.McMahon@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 26, 2026

By: */s/ Erica McMahon*
Special Assistant United States Attorney