DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF SUPERVISION

File No.: [redacted]600

Name: ACENCIO ALVAREZ, CESAR

Date: August 25, 2026

On August 29, 2003 (Date of Final Order), you were ordered:

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.

☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the agency has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the agency, for identification and for deportation or removal.

☒ That upon request of the agency, you appear for medical or psychiatric examination at the expense of the United States Government.

☒ That you provide information under oath about your nationality, circumstances, habits, associations and activities and such other information as the agency considers appropriate.

☒ That you do not travel outside New England (Specify geographic limits, if any) for more than 48 hours without first having notified this agency office of the dates and places, and obtaining approval from this agency office of such proposed travel.

☒ That you furnish written notice to this agency office of any change of residence or employment 48 hours prior to such change.

☒ That you report in person on 09/25/2026 9:00 AM (Date/Time) to this agency office at:

See I-831

(Reporting Address)

☒ That you assist U.S. Immigration and Customs Enforcement in obtaining any necessary travel documents.

☐ Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

*If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

[signature]
(Signature of ICE Official)

ENGLISH, C 0311 - SDDO
(Print Name and Title of ICE Official)

## Alien's Acknowledgement of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the SPANISH language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

[signature]
(Signature of ICE Official Serving Order)

x [signature]
(Signature of Alien)

08/25/2026
(Date)

ICE Form I-220B (4/26)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (CONTINUATION PAGE)

Alien Name
ACENCIO ALVAREZ, CESAR

File Number
[redacted]500

Date
August 25, 2026

Alien's Signature

Alien's Telephone Number (if any)

Alien's Address
[redacted]
Quincy MASSACHUSETTS 021691864

Picture



Right Index Print

[redacted]

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Signature

Title
Deportation Officer

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF SUPERVISION (ADDENDUM)

File No.: [redacted]600

Name: ACENCIO ALVAREZ, CESAR

Date: August 25, 2026

☒ That you do not associate with know gang members, criminal associates, or be associated with any such activity.

☐ That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

☐ That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

☐ That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

☒ That you do not commit any crimes while on this Order of Supervision.

☒ That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

☒ That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

☒ That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

☒ That you provide ICE with written responses from the Embassy or Consulate regarding your request.

☒ Any violation of the above conditions will result in revocation of your employment authorization document.

☒ Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

☐ **Alien Registration:** If you are 18 years or older, failure to carry evidence of alien registration as provided in 8 C.F.R. § 264.1 (b), on your person at all times is a criminal offense pursuant to INA § 264(e), for which you may be subject to a criminal penalty of $5,000 and imprisonment of up to 30 days.

☐ **Notification to the Department of Homeland Security (DHS) of Change of Address:** All aliens aged 14 years or older, and all parents and legal guardians of aliens under the age of 14, must report a change of address to U.S. Citizenship and Immigration Services, a component of DHS, within 10 days of moving, pursuant to INA § 265(a). Failure to notify DHS of any change of address is a criminal offense pursuant to INA § 266(b), for which you may be subject to a criminal penalty of $5,000 and imprisonment of up to 30 days. More information is available online at **https://www.uscis.gov/addresschange**.

☐ Other:

x ______________________________
Alien's Signature

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF SUPERVISION (OUTPROCESSING CHECKLIST)

**All Aliens**

- ☐ Probation/Parole Officer Notified
- ☒ Obtain address where living and telephone number
- ☐ Enter into IDENT
- ☒ NCIC Check
- ☐ Travel Document Application

**Sex Offenders**

- ☐ Probation/Parole Officer Notified
- ☐ Registered as sex-offender as required by state statute within 7 days
- ☐ Victim/Witness Coordinator Notified
- ☐ Victim/Witness Notified
- ☐ Written Proof of Counseling

**Substance Abusers**

- ☐ Probation/Parole Officer Notified
- ☐ Written Proof of Counseling

| **Completed By** | |
|---|---|
| ICE Official | Date<br>08/25/2026 |

| **Concurrence By** | |
|---|---|
| Supervisory ICE Official<br>ENGLISH, C 0311 | Date<br>08/25/2026 |

**U.S. Department of Homeland Security** | **Continuation Page for Form** I-220B

| Alien's Name | File Number | Date |
|---|---|---|
| ACENCIO ALVAREZ, CESAR | [redacted]00<br>Event No: BOS2610000716 | 08/25/2026 |

LOCATION OF ICE OFFICE WHICH YOU REPORT TO
---------------------------------------------

1000 District Ave
Burlington MA, 01803

| Signature | Title |
|---|---|
| [signature] | Deportation Officer |

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# WARNING FOR FAILURE TO COMPLY WITH TERMS OF SUPERVISED RELEASE

| Name | Field Office | File # |
|---|---|---|
| ACENCIO ALVAREZ, CESAR | BOS-T | [redacted] 600 |

Section 243(b) of the Immigration and Nationality Act of 1952, as amended, provides, in part, that:

An alien who shall willfully fail to comply with regulations or requirements issued pursuant to section 241(a)(3)* or knowingly give false information in response to an inquiry under such section shall be fined not more than $1000 or imprisoned for not more than one year, or both.

*Section 241(a)(3) of the Immigration and Nationality Act of 1952, as amended, provides, in part, that:

If the alien does not leave or is not removed within the removal period, the alien, pending removal, shall be subject to supervision under regulations prescribed by the Attorney General. The regulations shall include provisions requiring the alien—

(A) to appear before an immigration officer periodically for identification;
(B) to submit, if necessary, to a medical and psychiatric examination at the expense of the United States Government;
(C) to give information under oath about the alien's nationality, circumstances, habits, associations, and activities, and other information the Attorney General considers appropriate; and
(D) to obey reasonable written restrictions on the alien's conduct or activities that the Attorney General prescribes for the alien.

| Date Order Final | Ordered Removed under Section |
|---|---|
| August 29, 2003 | 8 USC 1227;212a6Ai;212a9Aii |

## Record of Service
(Check method used)

☒ **Record of Personal Service**

Served By (Print Name and Title of Officer): D. Gitchani — Date: 8/25/26

Officer's Signature: [signature]

Location of Service: 1000 District Ave Burlington, MASSACHUSETTS, 01803

Served On: (Alien's Signature): [signature] — Date: 8/25/26

☐ **Certified Mail Service**

| Attach certified mail receipts here. | Fingerprint of Alien (Specify finger used) |
|---|---|
| | [redacted] RIGHT INDEX |